**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| GALLERIA 2425 OWNER, LLC, | |
| Debtor. | Case No. 23-34815 |
| | |
| QB LOOP PROPERTY, LP | |
| Plaintiff | Adv. Proc. No. 24-03198 |
| v. | |
| CHRISTOPHER R. MURRAY, Trustee | |
| Defendant | |

**ORDER EXTENDING THE DEADLINE TO FILE DISPOSITIVE MOTIONS FROM**
**MAY 30, 2025, TO JUNE 6, 2025**

Before the Court is the *Joint Emergency Motion for Order Extending the Deadline to File Dispositive Motions from May 30, 2025, to June 6, 2025* (the "Motion"). The Court, having considered the Motion is of the opinion of the Court that the Motion should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED that the deadline in the above-captioned adversary proceeding for parties to file dispositive motions is extended through June 6, 2025.

Dated: _____, 2025.

_____
UNITED STATES BANKRUPTCY JUDGE